UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ruth Preciado,
          Plaintiff,

-v-

No. 1:18-cv-1119

Honorable Paul L. Maloney

Commissioner of Social Security,
          Defendant.

## JUDGMENT

The Court has remanded this action to the Commissioner under Sentence 4 of 42 U.S.C. § 405(g) for further administrative action. No issues remain pending before this Court. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 25, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge